1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 25-CR-2343-RSH |
|---|---|---|
| Plaintiff, | ) | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| v. | ) | |
| JESUS RAMIREZ MARTINEZ, | ) | |
| Defendant. | ) | |

The United States' Motion to Dismiss the Indictment (ECF No. 10) and Superseding Indictment (ECF No. 22), without prejudice, is GRANTED. The Court dismisses the Indictment and Superseding Indictment without prejudice.

Dated: September 9, 2025

*Robert S. Huie*

Hon. Robert S. Huie
United States District Judge